UNITED STATES DISTRICT COURT

IN THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

DAVID BOLLIET, an individual
and TINA BOLLIET, an individual　　　　　　　File No:　　　4:06cv0006

　　　　　Plaintiffs,　　　　　　　　　　　　HON:  Gordon J. Quist
v　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

PINEWOOD GLEN LIMITED PARTNERSHIP
and
MW VANDERVEEN, LLC

　　　　　Defendants.

| William F. Piper (P38636) | Garry L. Walton (P31199) |
|---|---|
| Attorney for Plaintiffs | Attorney for Defendants |
| William F. Piper, PLC | Garry L. Walton, P.C. |
| 2700 Old Centre Avenue | 229 E. Michigan Avenue, Suite 445 |
| Portage, MI  49024 | Kalamazoo, MI  49007 |
| (269) 323-3400 | (269) 383-3434 |
| (269) 323-3418 (facsimile) | (269) 383-2997 (facsimile) |

**AMENDED ORDER OF DISMISSAL**

At a session of said Court, held in the Courthouse,
in the United States District Court for the Western
District of Michigan on the  26   day of January, 2007.

PRESENT: HONORABLE GORDON J. QUIST, U.S. District Judge

Upon Consideration of the attached stipulation, it is:

IT IS HEREBY ORDERED that the prior Order of Dismissal dated January 17, 2007 is amended and that this matter is **DISMISSED** with prejudice and without costs.

　　　　　　　　　　　　　　　　　　　　　/s/Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GORDON J. QUIST, U.S. District Judge

F:\Karen\Pinewood Glenn\Bolliet\Amended Order.doc